UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY BETHEL,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSE RODRIGUEZ, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-1940-RC |

### DEFENDANTS JOSE RODRIGUEZ AND THE DISTRICT OF COLUMBIA'S NOTICE OF REVISED PROPOSED NON-STANDARD JURY INSTRUCTIONS

Defendants Jose Rodriguez and the District of Columbia submit this notice to the Court with its updated proposed non-standard jury instruction concerning the Common Interest Privilege for Plaintiff's Defamation Claim, which is attached as Exhibit A.

Date: January 28, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Charles J. Coughlin*
CHARLES J. COUGHLIN [1016993]
Chief, Section IV

2

*/s/ Charles P. Lane*
DAVID A. JACKSON [471535]
Senior Assistant Attorney General
CHARLES P. LANE [31136]
Assistant Attorney General
400 6th Street, NW
Washington, D.C.  20001
202-724-6618
davida.jackson@dc.gov
charles.lane1@dc.gov

*Counsel for Defendants District of Columbia and Jose Rodriguez*
